# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:23-CV-423-RJC-DCK

| | |
|---|---|
| MAWULE TEPE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CLIFTON L. CORKER, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion To Challenge The Qualification Of Michael D. Ray, Jill C. Walters, Tonya L. Urps, And Robert Reed Marcus Pursuant to the Local Rule LCvR 83.1" (Document No. 52) filed September 14, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

*Pro se* Plaintiff's motion does not suggest there is any evidence that Defendants' counsel Robert Reed Marcus, Michael D. Ray, Tonya L. Urps, and Jill C. Walters are not qualified to represent Defendants in this matter and/or to appear before this Court. Moreover, Plaintiff does not cite any legal authority supporting the contention that counsel must provide any documentation of their qualifications to practice law and/or appear before this Court to Plaintiff.

The Clerk of Court has confirmed to the undersigned that Robert Reed Marcus, Michael D. Ray, Tonya L. Urps, and Jill C. Walters are all admitted to practice before the United States District Court for the Western District of North Carolina and are in good standing.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion To Challenge The Qualification Of Michael D. Ray, Jill C. Walters, Tonya L. Urps, And Robert Reed Marcus Pursuant to the Local Rule LCvR 83.1" (Document No. 52) is **DENIED**.

**SO ORDERED**.

Signed: September 15, 2023

David C. Keesler
United States Magistrate Judge