# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:23-CV-423-RJC-DCK

| | |
|---|---|
| MAWULE TEPE, )<br> )<br>    **Plaintiff,** )<br> )<br>v. )<br> )<br>CLIFTON L. CORKER, et al., )<br> )<br>    **Defendants.** )<br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Federal Defendants' Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint" (Document No. 56) filed September 15, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Federal Defendants' Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint" (Document No. 56) is **GRANTED**. Federal Defendants, as defined in the motion, shall file an Answer(s), or otherwise respond to Plaintiff's Complaint, on or before **October 26, 2023**.

**SO ORDERED**.

Signed: September 18, 2023

David C. Keesler
United States Magistrate Judge