IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-423-RJC-DCK

| | |
|---|---|
| MAWULE TEPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CLIFTON L. CORKER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Opposition To Both Motion To Certify Interlocutory Appeal As Frivolous And To Retain Jurisdiction (ECF No. 54) And Bank Of America's Response In Support (ECF No. 61) And Motion To Strike Both Filings (ECF No. 54 & 61) And Response In Opposition To Bank Of America's Notice Of No Opposition To Its Motion To Dismiss (ECF No. 62.)" (Document No. 72) filed September 29, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

*Pro se* Plaintiff is respectfully advised that the Local Rules of this Court prohibit including motions in responsive briefs. See LCvR 7.1 (c)(2). The Rule states:

> Motions shall not be included in responsive briefs. Each motion must be set forth as a separately filed pleading.

LCvR 7.1 (c)(2).

Parties that are proceeding without the benefit of counsel must still abide by the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Orders of this Court.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Opposition To Both Motion To Certify Interlocutory Appeal As Frivolous And To Retain Jurisdiction (ECF No. 54) And Bank Of America's Response In Support (ECF No. 61) And Motion To Strike Both Filings (ECF No. 54 & 61) And Response In Opposition To Bank Of America's Notice Of No Opposition To Its Motion To Dismiss (ECF No. 62.)" (Document No. 72) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that *pro se* Plaintiff may file a revised response to the pending "Motion To Certify Interlocutory Appeal…" (Document No. 54) on or **before October 10, 2023**.

**SO ORDERED**.

Signed: September 29, 2023

David C. Keesler
United States Magistrate Judge