# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:23-CV-423-RJC-DCK

| | |
|---|---|
| MAWULE TEPE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CLIFTON L. CORKER, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Pro Hac Vice Status" (Document No. 73) filed on September 28, 2023.

By the instant motion, Dawn Jordan, Special Counsel for the Tennessee Attorney General's Office, seeks "admission pro hac vice to represent the State of Tennessee in this matter." (Document No. 73, p. 1).

The undersigned notes that the Local Rules of this Court provide in pertinent part:

> Counsel representing governmental or tribal agencies who are members in good standing of the Bar of a United States District Court, the Bar of the highest court of any state, or the District of Columbia, are neither required to associate local counsel nor required to pay an attorney admission fee. By making an appearance, such attorney agrees to abide by the Local Rules, the North Carolina Rules of Professional Conduct, and to submit themselves to this Court for the enforcement of such rules.

LCvR 83.1 (a).

Based on the foregoing, the undersigned is not persuaded that *pro hac vice* status is necessary or appropriate in this instance. Instead, it appears that an attorney representing the State of Tennessee, who is a member "in good standing of the Bar of a United States District Court, the

Bar of the highest court of any state, or the District of Columbia," may simply file a Notice Of Appearance.

**IT IS, THEREFORE, ORDERED** that the "Motion For Pro Hac Vice Status" (Document No. 73) is **DENIED AS MOOT**. Dawn Jordan, or other counsel in good standing, may file a Notice Of Appearance on behalf of Defendant State of Tennessee.

**SO ORDERED**.

Signed: September 29, 2023

David C. Keesler
United States Magistrate Judge