IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-423-RJC-DCK

| | |
|---|---|
| MAWULE TEPE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CLIFTON L. CORKER, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Request A Registration And An Authorization For A Non-Attorney E-Filing (CM-ECF) Or In Alternative To Transfer The Case" (Document No. 85) filed October 10, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Request A Registration And An Authorization For A Non-Attorney E-Filing (CM-ECF) Or In Alternative To Transfer The Case" (Document No. 85) is **DENIED**.

**SO ORDERED**.

Signed: October 10, 2023

David C. Keesler
United States Magistrate Judge