# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:23-CV-423-RJC-DCK

| | |
|---|---|
| MAWULE TEPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CLIFTON L. CORKER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion To Disqualify The Counsel And To Strike His Appearance And Filings Pursuant To The Local Rule LCvR 83.1" (Document No. 84) filed October 10, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

By the instant motion, *pro se* Plaintiff seeks "to disqualify [Attorney Dawn Jordan] for lack of [] standing." (Document No. 84, p. 3). Plaintiff then cites Local Civil Rule 83.1 as support for his position. To the contrary, as already stated in the Court's Order on September 29, 2023, Local Civil Rule 83.1(a) allows Attorney Jordan to "simply file a Notice of Appearance." (Document No. 80, p. 2). Local Civil Rule 83.1(a) states:

> Counsel representing governmental or tribal agencies who are members in good standing of the Bar of a United States District Court, the Bar of the highest court of any state, or the District of Columbia, are neither required to associate local counsel nor required to pay an attorney admission fee.

LCvR 83.1(a). As Attorney Jordan filed a Notice of Appearance, Plaintiff's motion will be respectfully denied.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion To Disqualify The Counsel And To Strike His Appearance And Filings Pursuant To The Local Rule LCvR 83.1" (Document No. 84) is **DENIED**.

**SO ORDERED**.

Signed: October 10, 2023

David C. Keesler
United States Magistrate Judge