# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:23-CV-423-RJC-DCK

| | |
|---|---|
| **MAWULE TEPE,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **CLIFTON L. CORKER, et al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion To Strike Motion For Sanctions (ECF No. 106-108) And Motion For Joinder (ECF No. 112 & 114) And Notice Of Claims Against Jill Walters, Tonya Urps, McGuireWoods LLP, Robert Marcus And Their Respective Clients" (Document No. 117) filed December 15, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

The undersigned notes that the Honorable Robert J. Conrad, Jr. issued an Order (Document No. 115), also on December 15, 2023, granting Defendants' Motions to Dismiss (Document Nos. 4, 32, 37, 66, 74, 94, 100, 102) and denying all other pending motions as moot. As such, Plaintiff's request to strike various motions is moot because those motions have already been denied.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion To Strike Motion For Sanctions (ECF No. 106-108) And Motion For Joinder (ECF No. 112 & 114) And Notice Of Claims Against Jill Walters, Tonya Urps, McGuireWoods LLP, Robert Marcus And Their Respective Clients" (Document No. 117) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: December 18, 2023

David C. Keesler
United States Magistrate Judge