# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-423-RJC-DCK

| | |
|---|---|
| MAWULE TEPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CLIFTON L. CORKER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Set And/Or Motion For Scheduling Order And Motion For Pretrial Conference And Memorandum In Support" (Document No. 120) filed January 2, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion without prejudice.

By the instant motion, Plaintiff asks the Court to enter "an Order setting this action for trial, and in addition or in the alternative, establishing a scheduling Order." (Document No. 120, p. 1). Notably, the Honorable Robert J. Conrad, Jr. entered an Order on December 15, 2023 that dismissed the Defendants' Motions to Dismiss (Document Nos. 4, 32, 37, 66, 74, 94, 100, and 102) and directed that Plaintiff make a filing within fourteen (14) days "explaining why he believes the Court should not impose [a] pre-filing review system." (Document No. 115, p. 4).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Set And/Or Motion For Scheduling order And Motion For Pretrial Conference And Memorandum In Support" (Document No. 120) is **DENIED without prejudice**.

**SO ORDERED**.

Signed: January 3, 2024

David C. Keesler
United States Magistrate Judge